

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROGER TANNER,

        Plaintiff,

-vs-

KEVIN MCDONALD, et al.,

        Defendant.

Case No. 3:94 cv 7202

MEMORANDUM OPINION

KATZ, J.

    This matter is before the Court on Plaintiff's unopposed renewed motion for default judgment. Upon consideration the Court finds the motion well taken but will reserve granting judgment on damages until conclusion of the case.

    IT IS SO ORDERED.

_____
DAVID A. KATZ
U. S. DISTRICT JUDGE