ISSUED
FILED
94 DEC 14 AM 10:07
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Roger Tanner, | : | Case No. 3:94CV7202 |
| Plaintiff | : | |
| vs. | : | **O R D E R** |
| Kevin Mcdonald, et al., | : | |
| Defendants. | : | |

A telephonic status conference was held on December 8, 1994. The parties report that discovery is proceeding and that a status report was filed on December 2, 1994. Further status conference is scheduled for March 2, 1995, at 10:00 a.m.

**SO ORDERED.**

Vernelis K. Armstrong
U. S. Magistrate Judge

AO 72A
(Rev. 8/82)

48