

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Roger Tanner, : Case No. 3:94CV7202

    Plaintiff, : **O R D E R**

v. :

Kevin McDonald, et al., :

    Defendants. :

This matter is presently set for a status conference on March 2, 1995, at 10:00 a.m.

Due to the unavailability of the Court on Thursday, March 2, 1995, this matter is now continued to Thursday, March 16, 1995, at 10:00 a.m. for a **telephone** status conference.

SO ORDERED.

                                                _____
                                                Vernelis K. Armstrong
                                                U. S. Magistrate Judge

AO 72A
(Rev. 8/82)