

ISSUED
FILED
95 MAR -6 AM 9: 13
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROGER TANNER,

                                                                Case No. 3:94 CV 7202

                        Plaintiff,

       -vs-                                             O R D E R

KEVIN MCDONALD, et al.,

                        Defendant.

KATZ, J.

          The Non Jury Trial scheduled Monday, April 3, 1995 is vacated until ruling on the

pending motions.

          IT IS SO ORDERED.

                                           _____
                                           DAVID A. KATZ
                                           U. S. DISTRICT JUDGE

AO 72A
(Rev. 8/82)

83