FILED

97 JUN 13 AM 11: 23

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Roger Tanner, ) | Case No.: 3:94CV 7202 |
| Plaintiff, ) | |
| ) | Judge David A. Katz |
| vs. ) | **APPLICATION FOR ENTRY OF DEFAULT** |
| ) | **JUDGMENT FOR FAILURE TO PLEAD** |
| Kevin McDonald, et al. ) | |
| ) | Sam A. Eidy (0041209) |
| Defendants. ) | Senerius & Eidy Co., L.P.A. |
| ) | 520 Madison Avenue |
| ) | Suite 1055 |
| ) | Toledo, OH 43604 |
| ) | Telephone: (419) 242-7007 |
| ) | Fax: (419) 242-4142 |
| ) | |
| ) | Attorney for defendant, |
| ) | Peter Kolan. |

Plaintiff applies to the court to enter a default judgment in favor of plaintiff and against defendant, Roger Tanner. This application is made on the ground that the defendant has failed to file an answer to the counterclaim complaint or otherwise defend or appear in this action, that the time allowed for filing the defense has expired, and that the defendant's default was duly entered on May 17, 1996. This application is based on the records and files herein, and on the affidavit of Sam A. Eidy, attorney for plaintiff, attached hereto.

Dated June 13, 1997.

_____
Sam A. Eidy
Attorney for defendant Peter Kolan

GERI M. SMITH, CLERK OF COURT
VICTORIA KIRKPATRICK, Deputy Clerk
BY:
DEFAULT ENTERED 6/16/97