IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROGER TANNER,

        Plaintiff,                      Case No. 3:94 CV 7202

  -vs-                                    JUDGMENT ENTRY

KEVIN MCDONALD, et al.,

        Defendant.

KATZ, J.,

        For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff has not established from the evidence presented that he is entitled to damages against Defendant Johns. This case is now closed.

                                                      _____
                                                      DAVID A. KATZ
                                                      UNITED STATES DISTRICT JUDGE.

AO 72A
(Rev. 8/82)