> Motion Denied. Case closed by Order of 3/27/98; this motion dismissed as moot.
> s/ DAVID A. KATZ  7/28/05
> U.S. District Judge

**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROGER TANNER           CASE NO. 3:94CV7202

    Plaintiff,

Vs.           DEFAULT JUDGEMENT

KEVIN McDONALD, et al.

    Defendant,

    Plaintiff requests the Clerk of Court enter this Default Judgement on the Declaration of Damages against the Defendant and represents that:

1. The complaint was filed April 22,1994 stemming from acts of June 28 1989.

2. Service of process was accomplished with a copy of the Declaration of Damages. ~~(See attachment)~~ *B. K.*

3. A certified Default Judgement on the facts of this case was entered into the record in 1994.

4. Defendants have failed to plead or otherwise defend the action as provided for by Federal Civil Rule 55(b)(1). See attachment.

5. Defendants are not minors or incompetant person(s).

6. Answer date was 28 days from service..

7. The relief sought is as stated in the complaint.

                                                Roger Tanner, Plaintiff