

CLERK OF THE U.S. DISTRICT COURT
114 U.S. COURTHOUSE
TOLEDO, OHIO 43624

FILED
2005 AU 16 PM 4:49
CLERK U.S. DIST. COURT
NRTHERN DIST. OF OHIO
TOLEDO

Roger Tanner
P.O. Box 2
Arcadia, OH 44804

TOLEDO OH
AUG 12 '05

US POSTAGE 00.60
H METER 502927

□ OTHER
RTS RETURN TO SENDER

A □ INSUFFICIENT ADDRESS
  □ ATTEMPTED NOT KNOWN
C □ NO SUCH NUMBER/STREET
  □ NOT DELIVERABLE AS ADDRESSED
S - UNABLE TO FORWARD

43624/3999

I certify that this instrument document no. 196, filed on 8/12/05, is a true and correct copy of the electronically filed original.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROGER TANNER,

                Plaintiff,                Case No. 3:94 CV 7202

-vs-

                                         O R D E R

KEVINMCDONALD, et al.,

                Defendant.

KATZ, J.

This case was commenced by the Plaintiff on April 22, 1994 and, after granting default judgment, this Court issued a Memorandum Opinion and Order on January 21, 1998 granting the Plaintiff, Roger Tanner, a period of sixty days to permit him to submit additional documentation in support of damages; on March 27, 1998 this Court entered a Memorandum Opinion and Order finding that the Plaintiff had not presented evidence to substantiate his claim of $697,825.00 in damages and closed this case. That order indicated that the Plaintiff had not established entitlement to damages against Defendant William Johns.

On July 21, 2005, Mr. Tanner filed a "Notice of Default Judgment with Affidavit Attached" (Doc. No. 193). On July 28, 2005 this Court entered a marginal entry denying the motion of July 21, 2005 as moot. On August 5, 2005 this Plaintiff again filed a document