IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Roger Tanner,                                                                 Case No. 3:94CV7202

      Plaintiff

  v.                                                                                    ORDER

Kevin McDonald, et al.,

      Defendant

Pursuant to prior order, the plaintiff has been prohibited from filing pleadings and other documents in this case, which is no longer active on the Court's docket.

The Office of the Clerk informs me that plaintiff has tendered a series of "Praecipes," which he seeks to file.

On review, I find no basis for exempting these tendered documents from the previously issued prohibition.

It is, therefore,

ORDERED THAT the Clerk shall forthwith return the tendered documents to the plaintiff, without filing same.

So ordered.

                                                                          s/James G. Carr
                                                                          James G. Carr
                                                                          Chief Judge